In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-378 CR


 ______________________


 

RICARDO ALGUERA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 07-228138






MEMORANDUM OPINION


 Ricardo Alguera filed a motion to dismiss his appeal. Alguera did not personally sign
the motion. See Tex. R. App. P. 42.2. We abated the appeal and remanded the case to the
trial court to determine whether the appellant desired to continue the appeal. The trial court
determined that, after being removed from the country, Alguera communicated personally
with an attorney associate in the office of his appellate counsel. The appellant informed
appellate counsel that Alguera did not desire to continue the appeal, that he did not have an
address at which he could receive mail, and that he could not mail a written request to
dismiss the appeal. 

 We find good cause for suspending the requirement that the appellant personally sign
the motion to dismiss the appeal. Tex. R. App. P. 2. The motion to dismiss the appeal is
granted, and the appeal is dismissed.

 APPEAL DISMISSED.

 DAVID GAULTNEY

 Justice 


Opinion Delivered January 16, 2008

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.